

# COURT OF APPEALS

SANDEE BRYAN
MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

Monday, February 23, 2015

Dayna L. Jones
206 E. Locust Street
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

E. Bruce Curry
District Attorney - 216th Judicial
District Court
200 Earl Garrett Street, Suite 202
Kerrville, TX 78028
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:   04-14-00619-CR
        Trial Court Case Number:   4957
        Style: Rudy Martinez
             v.
        The State of Texas

Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

If you should have any questions, please do not hesitate to contact me.

Very truly yours,
KEITH E. HOTTLE, CLERK

Carmen De Leon
Deputy Clerk, Ext. 53262



# Fourth Court of Appeals
## San Antonio, Texas

Monday, February 23, 2015

No. 04-14-00619-CR

Rudy **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 4957
Honorable Stephen B. Ables, Judge Presiding

# O R D E R

On December 5, 2014, this Court abated this case to the trial court and ordered the trial court to conduct a hearing to answer several questions. In addition, this Court ordered the trial court to file a supplemental clerk's and reporter's records, no later than February 19, 2015, which must include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions.

On January 20, 2015, this Court reinstated this appeal following receipt of the supplemental record and the trial court's findings. Appellant now files a Motion for Extension of Time to File Appellant's Brief.

The motion is GRANTED. Appellant's counsel is ORDERED to file appellant's brief on or before March 23, 2015. Because this court was required to abate the appeal for an abandonment hearing, no further extensions will be allowed. If the brief is not timely filed, this appeal will be abated to the trial court to conduct an abandonment hearing without further notice, and the trial court will be asked to determine whether sanctions against appellant's attorney are appropriate.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of February, 2015.



Keith E. Hottle
Clerk of Court